

**Littler Mendelson P.C.**
900 Third Avenue
New York, NY  10022.3298

Theo E.M. Gould
212.497.8489 direct
251.583.9600 main
646.417.7611 fax
tgould@littler.com

June 7, 2021

**VIA ECF**

Hon. Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, NY 11201

      Re:    *Gabriel Flores vs. Little L.A.M.B. Preschool, et al.*
               Case No.: 1:20-CV-02617-EK-SJB

Dear Magistrate Judge Bulsara:

      As you are aware, this office represents Defendants Little L.A.M.B. Preschool ("Little Lamb") and Patricia Polovy ("Polovy") in the above-referenced matter. In accordance with Your Honor's June 2, 2021 Order, both Parties write to update the Court on the status of settlement. We write with the consent of Plaintiff's counsel.

      On June 2, 2021, the Parties participated in a settlement conference before Your Honor. During and after the settlement conference, the parties reached a settlement in principle. As this action involves claims brought pursuant to the Fair Labor Standards Act ("FLSA"), the Parties will seek judicial approval of the FLSA settlement.  As such, the Parties respectfully request thirty (30) days to file a joint motion seeking approval of the FLSA settlement.

      We appreciate Your Honor's time and assistance in reaching a resolution in this matter.

Respectfully submitted,

/s/

Theo E.M. Gould

Cc:    Lawrence Spasojevich